JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRESH DIRECT, INC., a corporation,<br><br>Plaintiff,<br><br>v.<br><br>SANTA CRUZ FRESH PRODUCE, INC., a corporation; JOSE LUIS ORDONEZ LOPEZ, an individual,<br>Defendants. | CASE NO. CV 13-06731 PA(JCGx)<br><br>[~~PROPOSED~~] JUDGMENT AGAINST ALL DEFENDANTS |

Having read and considered the Stipulation for Entry of Judgment submitted by Plaintiff FRESH DIRECT, INC. ("Fresh Direct" or "Plaintiff") and SANTA CRUZ PRODUCE, INC. ("Santa Cruz"), and JOSE LUIS ORDONEZ LOPEZ ("Lopez"), an individual, and all supporting pleadings and exhibits submitted therewith and other pleadings and exhibits already on file with this court, and good cause appearing therefore,

JUDGMENT IS HEREBY ENTERED in favor of Plaintiff and against Defendants SANTA CRUZ PRODUCE, INC. and JOSE LUIS ORDONEZ LOPEZ, jointly and severally, in the total amount of $85,092.44 all of which qualifies for trust protection under the trust provision of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq*.], itemized as follows:

1. Principal in the total amount of $82,648.34.

2. Finance charges due from the date each payment fell due through August 16, 2013 in the total amount of $2,444.10.

Plaintiff is further entitled to recover finance charges from August 17, 2013 at the rate of 18% per annum on all unpaid principal sums due under this judgment until fully paid.

All judgment amounts qualify for trust protection under the trust provisions of Perishable Agricultural Commodities Act ("PACA") [7 U.S.C. §499e, *et seq.*],

The Clerk shall enter judgment forthwith.

DATED: September 19, 2013

HON. PERCY ANDERSON